ERIC GRANT
United States Attorney
MATHEW W. PILE, WSBN 32245
Head of Program Litigation 1
Oscar Gonzalez de Llano
Special Assistant United States Attorney
      Social Security Administration
      Program Litigation 1
      Law & Policy
      6401 Security Boulevard
      Baltimore, MD 21235
      Telephone: (510) 970-4818
      Email: Oscar.Gonzalez@ssa.gov
Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUY MACRAE SEATON,<br><br>    Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Civil No. 2:25-cv-03390-DMC<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT** |

The parties stipulate through counsel that Defendant, the Commissioner of Social Security (the "Commissioner"), shall have an extension of time to respond to Plaintiff's Complaint in this case. In support of this request, the Commissioner respectfully states as follows:

1. Defendant's response to Plaintiff's Complaint is due currently January 30, 2026. Defendant has not previously requested an extension of this deadline.

2. At the end of the day on September 30, 2025, the appropriations that were funding the Department of Justice expired and appropriations to the Department lapsed. The same was true for most Executive agencies, including federal defendant Social Security Administration (SSA). Funding was restored by Congress on November 12, 2025.

3. Although the undersigned counsel and all staff are back working on Social Security cases as of November 13, 2025, the undesigned counsel has many remaining backlogs regarding obtaining

electronic certified administrative records (eCARs). We have been working with our previously furloughed staff in order to work through the backlog yet given staffing shortages due to the recent year-end holidays this eCAR is not available for filing by its current due date.

4.    Furthermore, for the past two months, we have had a major backlog in obtaining transcriptions of hearing recordings throughout all of the Division of Civil Actions – our transcription contractors are at capacity and have not been able to keep up with our requests.

5.    Given this situation Defendant requests an extension of 31 days to respond to Plaintiff's Complaint.

6.    Counsel for the Commissioner has consulted with Plaintiff's counsel who advised that they have no objections.

7.    This request is made in good faith and is not intended to delay the proceedings in this matter.

WHEREFORE, Defendant requests until March 2, 2026, respond to Plaintiff's Complaint.

`                                Respectfully submitted,

Date: _January 28, 2026_                      ERIC GRANT
                                              United States Attorney
                                              MATHEW W. PILE
                                              Head of Program Litigation 1
                                    By:    _s/ Oscar Gonzalez de Llano_____
                                              OSCAR GONZALEZ de LLANO
                                              Special Assistant United States Attorney
                                              Attorneys for Defendant


Date: _January 28, 2026_            By:    _s/ Andrea L. Banks_
                                              Andrea L. Banks
                                              Law Office of Andrea Banks
                                              Attorney for Plaintiff
                                              (*as authorized by email)

<u>ORDER</u>

APPROVED AND SO ORDERED.

Dated:  January 28, 2026

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE