ERIC GRANT
United States Attorney
MATHEW W. PILE, WSBN 32245
Head of Program Litigation 1
Law & Policy
Social Security Administration
SATHYA OUM, CSBN 255431
Special Assistant United States Attorney
      6401 Security Boulevard
      Baltimore, Maryland 21235
      Telephone: (510) 970-4846
      E-Mail: sathya.oum@ssa.gov
Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUY MACRAE SEATON,<br><br>        Plaintiff,<br><br>      vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>        Defendant. | Case No.: 2:25-cv-03390-WBS-DMC<br><br>STIPULATION AND ORDER FOR AN EXTENSION OF TIME |

Pending the Court's approval, IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for Defendant to respond to Plaintiff's Motion for Summary Judgment be extended thirty (30) days from April 29, 2026, up to and including May 29, 2026. This is the Defendant's first request for an extension.

Defendant was recently reassigned this matter and requires additional time to review the record and Plaintiff's brief. The undersigned currently has nine briefs due on or before June 8, 2026, and has to prioritize cases that have already been extended. She also has other duties as a co-lead of this office's defensibility team. Plaintiff's attorney has indicated that Plaintiff has no objection to this request.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated: April 26, 2026

/s/ *Andrea Banks\**
(\*as authorized via e-mail on April 22, 2026)
ANDREA BANKS
Attorney for Plaintiff

Dated: April 26, 2026

ERIC GRANT
United States Attorney
MATHEW W. PILE
Head of Program Litigation 1
Social Security Administration

By:    /s/ *Sathya Oum*
SATHYA OUM
Special Assistant U.S. Attorney

Attorneys for Defendant

**ORDER**

Pursuant to the parties' stipulation, IT IS SO ORDERED that Defendant shall have an extension, up to and including May 29, 2026, to respond to Plaintiff's Motion for Summary Judgment.

Dated: April 27, 2026

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

Stip. for Ext.; 2:25-CV-3390-WBS-DMC                    2