ERIC GRANT
United States Attorney
MATTHEW W. PILE, WSBN 32245
Head of Program Litigation 1
Social Security Administration
SATHYA OUM, CSBN 255431
Special Assistant United States Attorney
     6401 Security Boulevard
     Baltimore, Maryland 21235
     Telephone: (510) 970-4846
     Email: sathya.oum@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| GUY MACRAE SEATON, | ) No. 2:25-cv-03390-WBS-DMC |
|---|---|
| Plaintiff, | ) |
| | ) **STIPULATION TO VOLUNTARY** |
| | ) **REMAND PURSUANT TO** |
| v. | ) **SENTENCE FOUR OF 42 U.S.C.** |
| | ) **§ 405(g) AND TO ENTRY OF** |
| FRANK BISIGNANO, | ) **JUDGMENT; ORDER** |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |
| | ) |
| | ) |

IT IS HEREBY STIPULATED by the parties, through their undersigned counsel, and with the approval of the Court, that this action be remanded for further administrative proceedings pursuant to sentence four of 42 U.S.C. section 405(g).  The Appeals Council will remand the case to an administrative law judge (ALJ) for a new decision.  The Appeals Council will instruct the ALJ to offer Plaintiff the opportunity for another hearing and take further action, as warranted, to complete the administrative record.

Stip. to Remand; 2:25-CV-03390-WBS-DMC

-1-

The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

Dated: May 28, 2026                                    Law Offices of Andrea Banks

                                    By:     /s/ * Andrea Banks
                                             ANDREA BANKS
                                             * Authorized via email on May 27, 2026
                                             Attorney for Plaintiff

Dated: May 28, 2026                                    ERIC GRANT
                                                       United States Attorney

                                    By:     /s/ Sathya Oum
                                             Special Assistant United States Attorney
                                             Attorneys for Defendant


                                   **ORDER**

       Based upon the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand"), and for cause shown, **IT IS ORDERED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the terms of the Stipulation to Remand.

       Dated:  June 1, 2026

                                    _____
                                    WILLIAM B. SHUBB
                                    UNITED STATES DISTRICT JUDGE

Stip. to Remand; 2:25-CV-03390-WBS-DMC

                                        -2-