ANDREA BANKS, CSBN 275286
Law office of Andrea Banks, LLC
1819 SW 5th Avenue, # 281
Portland, OR 97201
Tel: 971-351-6036
Fax: 971-351-9550
Andrea@BanksDisabilityLaw.com
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

GUY M. SEATON                                   )
                                                )
            Plaintiff,                          )       Case No. 2:25-cv-03390-WBS-DMC
                                                )
     v.                                         )
                                                )       STIPULATION FOR THE AWARD OF
COMMISSIONER OF SOCIAL                          )       ATTORNEY FEES PURSUANT TO
SECURITY ADMINISTRATION,                        )       THE EQUAL ACCESS TO JUSTICE
                                                )       ACT, 28 U.S.C. § 2412(d) & COSTS
                                                )       PERUSANT TO 28 U.S.C. § 1920; ORDER
            Defendant.                          )
_____                )

        It is hereby stipulated by and between the parties, through their undersigned counsel, and

subject to the approval of the Court, that Plaintiff be awarded attorney fees and expenses in the

amount of Nine Thousand Nine Hundred and Forty-Four Dollars and Twenty-Five Cents ($9,944.25)

pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412 and costs in the amount of zero

dollars ($0), pursuant to 28 U.S.C. § 1920. The parties stipulate that the position of the United States

was not substantially justified in this case, and therefore, Plaintiff is entitled to attorney fees pursuant

to EAJA.

Such attorney fees shall be subject to verification that Plaintiff has no debt which qualifies for offset, pursuant to the Treasury Offset Program as discussed in *Astrue v. Ratliff,* 130 S. Ct. 2521 (2010). If the U.S. Department of the Treasury determines that Plaintiff's EAJA fees are not subject to any offset allowed under the Department of the Treasury's Offset Program, then the check or electronic funds transfer (EFT) for EAJA fees shall be made payable to Plaintiff's attorney, Andrea Banks, based upon Plaintiff's assignment of these amounts to her. *See Attached*: Retainer & Fee Agreement. If Plaintiff has a debt, then any remaining funds after offset shall be made payable to Plaintiff and mailed to Counsel's address.

This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA attorney fees and expenses and does not constitute an admission of liability on the part of Defendant under the EAJA. Payment of the agreed amount shall constitute a complete release from, and bar to, any and all claims that Plaintiff and/or Plaintiff's counsel may have relating to EAJA attorney fees and expenses in connection with this action.

This award is without prejudice to the rights of Plaintiff's counsel to seek Social Security Act attorney fees under 42 U.S.C. § 406, subject to the savings clause provisions of the EAJA.

Respectfully submitted,

DATE: June 15, 2026        By:        *s/ Andrea Banks*
                                      ANDREA BANKS
                                      Law office of Andrea Banks, LLC
                                      Attorney for Plaintiff

DATE: June 15, 2026        By:        *s/ Sathya Oum\**
                                      SATHYA OUM
                                      *As authorized by email on 6/15/26*
                                      Special Assistant United States Attorney
                                      Attorney for Defendant

**ORDER**

Based upon the parties' Stipulation for the Award and Payment of EAJA Fees and Expenses (the "Stipulation"):

**IT IS ORDERED**, that fees in the amount of Nine Thousand Nine Hundred and Forty-Four Dollars and Twenty-Five Cents ($9,944.25) pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412 and costs in the amount of zero dollars ($0), pursuant to 28 U.S.C. § 1920 be awarded subject to the terms of the Stipulation.

Dated:  June 15, 2026

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE